IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA PAUL JORDAN,<br><br>Defendant. | CR 21-72-BLG-SPW<br><br><br>ORDER |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 19), and for good cause shown,

**IT IS HEREBY ORDERED**, pursuant to Fed. R. Crim. P. 48(a), the United States' motion to dismiss the Indictment without prejudice against Joshua Paul Jordan is **GRANTED**.

**IT IS FURTHER ORDERED** that the trial in this matter presently set for Monday, January 31, 2022 at 9:00 a.m. is **VACATED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 24th day of January, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge

1